

```
 1 | LAW OFFICES OF
   | WAGNER & JONES
 2 | Nicholas Wagner   #109455
   | 1111 East Herndon,
 3 | Suite 317
   | Fresno, California  93720
 4 | (559) 449-1800
 5 | Attorneys for Plaintiffs
```

LODGED

JAN 0 5 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GILBERT AGUILAR, MIGUEL ALVARADO, ASENCION GARCIA, JORGE GONZALES, EIKO J. II, SCOTT R. LOKEY, FRUTOSO LOPEZ, CLETO MENDOZA ORTEGA, ARMANDO ORTIZ, JOSE CRUZ PELAYO VAZQUEZ, RUBEN G. PENA, MICHAEL PORTER PEYTON, GUADALUPE RAMIREZ, JUAN RAMIREZ, DEWAYNE ALLEN ROBINSON, MITSUYE SHINKAWA, RENE SOLANO, REMIGIO TORRES, JR., | CASE NO. CIV F-00 6140 SMS<br><br>NOTICE OF DISMISSAL |
| Plaintiffs, | |
| v. | |
| PACKING HOUSE EMPLOYEES AND WAREHOUSEMEN'S UNION LOCAL 616, TEAMSTERS JOINT LABOR COUNCIL 38, and DOES 1 - 20, inclusive, | |
| Defendants. / | |

Notice is hereby given that pursuant to settlement and bankruptcy agreement Plaintiffs hereby request dismissal of their claims in the case entitled <u>Aguilar v. Packing House Employees And Warehousemen's Union Local 616, et al</u>.

1  DATED: January 4, 2005                    LAW OFFICES OF
2                                            WAGNER & JONES
3
                                             _____
4                                            NICHOLAS WAGNER, Attorney for
                                             Plaintiff
5
6      IT IS SO ORDERED.
7  DATED: January ___, 2005
8
9                                            _____
                                             UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17  dismissal1230-04
18
19
20
21
22
23
24
25
26
27
28

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of eighteen and not a party to the within entitled action;

On January 4, 2005, I served the NOTICE OF DISMISSAL on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Robert Bonsall
BEESON, TAYER & BODINE
1001 - 6th Street, Suite 500
Sacramento, CA 95814-3324

    X (By Mail) I caused each envelope with postage fully prepared to be placed in the United States mail, at Fresno, California.

    ___ (By Certified Mail) I caused each envelope with postage fully prepared to be placed in the United States mail, at Fresno, California.

    ___ (By Hand) I caused each envelope to be delivered by hand to the office/person listed above.

    ___ (By Facsimile) The telephone number of the sending facsimile machine was 449-0749, and the telephone number of the receiving facsimile machine was (916) 441-5208. The facsimile machine I used complied with the California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2005, at Fresno, California.

_____